# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                        Miscellaneous Proceeding 06-00801

KENNETH WILLIFORD,

       Petitioner,

v.

HON. WILLIAM R. SAWYER, as Chief Judge
in the U.S. Bankruptcy Court for the
Middle District of Alabama,

       Respondent.


## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

For the reasons set forth in the Court's Memorandum Decision of this date, the Petitioner's Writ of Mandamus is DENIED. (Doc. 1).

Done this 13th day of June, 2006.

                                                           /s/ William R. Sawyer
                                                           United States Bankruptcy Judge

c: Kenneth Williford, Petitioner